**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-2031**

_____

In re: STEPHEN C. SIEBER

             Debtor

------------------------------

STEPHEN C. SIEBER,

             Debtor - Appellant,

        v.

CHERYL E. ROSE,

             Trustee – Appellee,

        and

CHRISTOPHER PETITO; RONALD WILLIAMS,

             Creditors.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:12-
cv-00210-RWT)

_____

Submitted:  January 22, 2013          Decided:  January 24, 2013

_____

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

Stephen C. Sieber, Appellant Pro Se.   James Martin Hoffman, OFFIT KURMAN, PA, Bethesda, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen C. Sieber appeals from the district court's orders affirming the bankruptcy court's order sustaining the objections to Sieber's amended claim of exemptions and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error and no abuse of discretion. Accordingly, we affirm for the reasons stated by the district court. See Sieber v. Rose, No. 8:12-cv-00210-RWT (D. Md. July 24, 2012 & Aug. 7, 2012). Sieber's motions to consolidate his two pending appeals and for the recusal of the bankruptcy court judge are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED